PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

Name of Offender: **Tracy Lynn Howard**  Case Number: **1:01CR00030-1**

Name of Sentencing Judicial Officer:   **The Honorable Susan J. Dlott**
**United States District Judge**

Date of Original Sentence: **October 9, 2001**

Original Offense: **Embezzlement of Bank Funds**

Original Sentence: **18 months in prison, 60 months of supervised release, $35,668.31 in restitution, and a $100 special assessment**

Type of Supervision: Supervised release   Date Supervision Commenced: **March 14, 2003**

## SUMMARY

Since August 30, 2007, the United States Probation Office for the Middle District of Florida supervised Howard's case. According to the officer supervising the case, Howard has complied with all of the conditions of supervision. She has complied with her payment agreement and has paid a total of $10,651 toward her restitution. She has an outstanding balance of $25,017.31. She submitted a Consent Agreement to the United States Attorney's Office agreeing to continue to pay on her restitution.

In view of the above, it is respectfully recommended that Howard's supervised release be allowed to expire on March 13, 2008 with a restitution balance.

Respectfully submitted,    Approved,

by *[signature]*    by *[signature]*

Mark R. Grawe    John C. Cole
U. S. Probation Officer    Supervising U. S. Probation Officer
Date:   **January 28, 2008**    Date:   **January 28, 2008**

[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

2/5/08
Date